UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victoria L. Kreger,                                    Civil No. 10-3095 (PAM/TNL)

        Plaintiff,

v.                                                                      **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Tony N. Leung dated August 15, 2011.  In the R&R, Magistrate Judge Leung recommended that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment.  No objections to the R&R have been filed in the time period permitted.  Accordingly, **IT IS HEREBY ORDERED that**:

1.  The R&R (Docket No. 21) is **ADOPTED**;

2.  Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED**; and

3.  Plaintiff's Motion for Summary Judgment (Docket No. 11.) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 6, 2011

                                      *s/ Paul A. Magnuson*
                                      Paul A. Magnuson
                                      United States District Court Judge